# EXHIBIT C

US005742737C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (9370th)

## United States Patent
### Daberko et al.

(10) Number: **US 5,742,737 C1**
(45) Certificate Issued: **Oct. 17, 2012**

(54) **METHOD FOR RECORDING VOICE MESSAGES ON FLASH MEMORY IN A HAND HELD RECORDER**

(75) Inventors: **Norbert P. Daberko**, Oceanside, CA (US); **Richard K. Davis**, San Diego, CA (US); **Richard D. Bridgewater**, San Diego, CA (US)

(73) Assignee: **Olympus Corporation**, Shibuya-Ku, Tokyo (JP)

**Reexamination Request:**
No. 90/011,379, Dec. 8, 2010

**Reexamination Certificate for:**
Patent No.: **5,742,737**
Issued: **Apr. 21, 1998**
Appl. No.: **08/810,210**
Filed: **Mar. 3, 1997**

Certificate of Correction issued Nov. 24, 2009.

### Related U.S. Application Data

(63) Continuation of application No. 08/339,976, filed on Nov. 15, 1994, now abandoned, which is a continuation-in-part of application No. 08/229,570, filed on Apr. 19, 1994, now abandoned, which is a continuation-in-part of application No. 08/229,731, filed on Apr. 19, 1994, now Pat. No. 5,491,774.

(51) Int. Cl.
*G10L 21/00* (2006.01)
*G11C 19/08* (2006.01)

(52) U.S. Cl. .......................................... 704/272; 365/27

(58) Field of Classification Search ....................... None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/011,379, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Henry N Tran

(57) **ABSTRACT**

A solid state digital hand held recording device having a multifunctional switch assembly. A printed circuit board including a microcontroller electrically coupled to switch terminals operates to control the processing of sound into electrical signals and store said signals on a digital recording medium. The switch assembly actuates electrical signals coupled to said microcontroller thereby activating a sequence of actions (a program) stored within read-only memory device. A plurality of programs can be activated to instantaneously begin recording a message, verify the integrity of the recording medium, and index a message being recorded for rapid recall.





US 5,742,737 C1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **5** is cancelled.
New claim **13** is added and determined to be patentable.
Claims **1-4** and **6-12** were not reexamined.

13. *A method for verifying the integrity of memory on a removable flash memory recording medium chip for use within a hand held recording device, such that the flash memory is suitable for recording voice messages, said method comprising the steps of:*

a) *providing a removable flash memory recording chip and a hand held recording device with a plug assembly for electrically coupling the flash memory and the recording device; and*

b) *activating a memory media integrity test by manually inserting the flash memory chip into the plug assembly of said recording device to electrically couple the flash memory to the recording device.*

\* \* \* \* \*