| | |
|---|---|
| 1 | ANTON HANDAL (Bar No. 113812) |
| 2 | anh@handal-law.com |
|   | PAMELA C. CHALK (Bar No. 216411) |
| 3 | pchalk@handal-law.com |
|   | GABRIEL HEDRICK (Bar No. 220649) |
| 4 | ghedrick@handal-law.com |
|   | HANDAL & ASSOCIATES |
| 5 | 1200 Third Avenue, Suite 1321 |
|   | San Diego, California 92101 |
| 6 | Tel: 619.544.6400 |
|   | Fax: 619.696.0323 |
| 7 | |
| 8 | Attorneys for Plaintiff |
|   | e.Digital Corporation |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| e.Digital Corporation, | Case No.  3:13-cv-00112-DMS-WVG |
|---|---|
| Plaintiff, | |
| v. | **E.DIGITAL CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY** |
| FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation; Best Buy Co., Inc.; Best Buy Stores, L.P.; Best Buy.Com LLC; Sears Holdings Corporation; Sears, Roebuck and Co.; Kmart Corporation; Crutchfield Corporation; Target Corporation; Wal-Mart Stores, Inc.; and, Brookstone Company, Inc. | **Assigned to the Honorable Judge Dana M. Sabraw**  **Ctrm: 13A (Annex)** |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

WHEREAS, none of the Defendants in this matter have answered or otherwise filed an answer or otherwise responded to the Complaint (Docket #1) filed in this action by Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital");

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY*  -1-  Case No. 3:13-cv-00112-DMS-WVG

1      WHEREAS, Defendants Best Buy Co., Inc.; Best Buy Stores, L.P.; Best Buy.Com LLC; Sears Holdings Corporation; Sears, Roebuck and Co.; Kmart Corporation; Crutchfield Corporation; Target Corporation; Wal-Mart Stores, Inc.; and, Brookstone Company, Inc. (collectively, the "FUJIFILM Customers") have agreed to provide certain sales data to e.Digital regarding the products distributed in the United States by Defendant FUJIFILM Corporation;

      WHEREAS, a true and correct copy of the stipulation of the parties is attached hereto as Exhibit "A" and incorporated herein ("Stipulation");

      WHEREAS, in the interest of judicial economy, and to streamline these proceedings before the Court, e.Digital and the FUJIFILM Customers agree that this action can be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) without prejudice as to the FUJIFILM Customers only;

      WHEREAS, pursuant to the Stipulation reached, e.Digital and the FUJIFILM Customers agree that each side will bear their own attorneys fees and costs, and waive any recovery of same, in connection with the dismissals without prejudice to be entered between and among e.Digital and the FUJIFILM Customers;

      WHEREAS, pursuant to the Stipulation reached, e.Digital and the FUJIFILM Customers agree to not challenge the dismissals based on any theory regarding the entry of multiple dismissals and/or to make any assertions based on the two-dismissal rule. e.Digital and the FUJIFILM Customers further agree to be judicially estopped from advancing these two theories with respect to such dismissal without prejudice agreed to by e.Digital and the FUJIFILM Customers.

      NOTICE IS HEREBY GIVEN OF THE FOLLOWING:

      Plaintiff e.Digital Corporation hereby voluntarily dismisses this action **WITHOUT PREJUDICE** as to the following Defendants only:

      1)   Best Buy Co., Inc.;
      2)   Best Buy Stores, L.P.;

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY*   -2-   Case No. 3:13-cv-00112-DMS-WVG

3)   Best Buy.Com LLC;

4)   Sears Holdings Corporation;

5)   Sears, Roebuck and Co.;

6)   Kmart Corporation;

7)   Crutchfield Corporation;

8)   Target Corporation;

9)   Wal-Mart Stores, Inc.; and,

10)  Brookstone Company, Inc.

No claims as to any of the only other remaining Defendants in this matter, (FUJIFILM Corporation; FUJIFILM Holdings Corporation; and, FUJIFILM Holdings America Corporation), are being dismissed by Plaintiff at this time, nor are they intended to be by virtue of the filing of this pleading with the Court.

**HANDAL & ASSOCIATES**

Dated: June 10, 2013     By: /s/Pamela C. Chalk
                              Anton N. Handal
                              Pamela C. Chalk
                              Gabriel G. Hedrick
                              Attorneys for Plaintiff
                              e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY*     -3-     Case No. 3:13-cv-00112-DMS-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of June, 2013 at San Diego, California.

HANDAL & ASSOCIATES

Dated: June 10, 2013         By: /s/Pamela C. Chalk
                                 Anton N. Handal
                                 Pamela C. Chalk
                                 Gabriel G. Hedrick
                                 Attorneys for Plaintiff
                                 e.Digital Corporation

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323