**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation,<br><br>    Defendants. | Case No. 3:13-cv-00112-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PARTIAL JUDGMENT**<br><br>**Assigned to the**<br>**Honorable Judge Dana M. Sabraw**<br><br>**Ctrm: 13A (Annex)** |
| FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation,<br><br>    Counterclaimants,<br><br>    v.<br><br>e.Digital Corporation,<br><br>    Counter-Defendant. | |

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*[PROPOSED] ORDER RE:*   -1-   CASE NO. 3:13-CV-00112-DMS-WVG
*STIPULATED PARTIAL JUDGMENT*

1     Having reviewed the Parties' Joint Motion seeking entry of the proposed stipulated judgment attached thereto as Exhibit A ("Stipulated Judgment") and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

    1)    The Court grants the joint motion and approves the stipulation of the parties;

    2)    The Court approves the Stipulated Judgment; and,

    3)    The Court will enter the Stipulated Judgment.

Dated: October 1, 2013

UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

[PROPOSED] ORDER RE:      -2-     CASE NO. 3:13-CV-00112-DMS-WVG
STIPULATED PARTIAL JUDGMENT