1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**

9
**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| e.Digital Corporation, | Case No. 3:13-cv-0112-DMS-WVG |
| Plaintiff, | **STIPULATED PARTIAL JUDGMENT** |
| v. | **Assigned to the** |
| FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation; et al. | **Honorable Judge Dana M. Sabraw Ctrm: 13A (Annex)** |
| Defendant. | |

11
12
13
14
15
16
17

## STIPULATED PARTIAL JUDGMENT
## OF NON-INFRINGEMENT

18
19
20

Plaintiff and Counter-Defendant e.Digital Corporation ("e.Digital") and Defendant and Counterclaimant FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation (collectively, "FUJIFILM") by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the entry of the following Stipulated Partial Judgment of Non-Infringement:

21
22
23
24
25

1. In this action, e.Digital has alleged that certain FUJIFILM product lines (the "Accused Products") infringe independent claim 33 and dependent claims 2, 10, 15 and 23 of U.S. Patent No. 5,491,774 ("the '774 patent") patent, as

26
27
28

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

set forth in e.Digital's Complaint (Dkt #1) and Preliminary Infringement Contentions ("PICs") served on June 26, 2013.

2.     On August 22, 2013, the Honorable Judge Dana M. Sabraw issued an Order granting FUJIFILM 's motion to apply collateral estoppel with respect to the construction of the term "sole memory of the received processed sound electrical signals" in the asserted claims of the '774 patent as determined by the U.S. District Court for the District of Colorado in *e.Digital Corp. v. Pentax of America, Inc.*, Civil Action No. 09-cv-2578-MSK-MJW (D. Col.) (Dkt. No. 59 ("Collateral Estoppel Order").

3.     As set forth in the Collateral Estoppel Order, the Court found that the elements of issue preclusion were met in this matter and, therefore, that e.Digital is precluded from relitigating the construction of the term "sole memory of the received processed sound electrical signals" as contained in the asserted claims 33 and 34 of the '774 patent. (*Id.*) The Court further found that fairness and public policy favor application of issue preclusion in this matter. (*Id.*)

4.     In view of the foregoing, the Parties therefore request that the Court enter this Stipulated Partial Judgment finding that FUJIFILM has not infringed and does not infringe directly and/or indirectly, whether literally or under the doctrine of equivalents, independent claims 33 and 34 and dependent claims 2, 10, 15 and 23 of the '774 patent and any other claims depending therefrom.

5.     It is provided, however, that if the Collateral Estoppel Order is reversed or modified in a manner that would allow e.Digital to relitigate the construction of the term "sole memory of the received processed sound electrical signals" as contained in the asserted claims of the '774 patent, the Parties reserve all of their claims, arguments and defenses relating to that term.

6.     Accordingly, the Court enters this Stipulated Partial Judgment of Non-Infringement (a) in favor of FUJIFILM on e.Digital's claim for infringement of independent claims 33 and 34 and dependent claims 2, 10, 15 and 23 of the '774

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

patent and any other claims depending therefrom, and (b) in favor of FUJIFILM on FUJIFILM's Counterclaim Count V for non-infringement of independent claims 33 and 34 and dependent claims 2, 10, 15 and 23 of the '774 patent and any other claims depending therefrom.

7.     FUJIFILM hereby dismisses without prejudice its Counterclaim Count VI for invalidity of the '774 patent, as well as all other defenses with respect to the '774 patent, and reserves the right to re-assert all counterclaims and defenses relating to the '774 patent should e.Digital or any successor in interest accuse FUJIFILM of infringement of the '774 patent at any later point in time.

8.     This Stipulated Partial Judgment of Non-Infringement is without prejudice to the Parties' rights to appeal the Court's Collateral Estoppel Order and/or any prior or future orders issued by the Court in this matter, and is without prejudice to any claim for attorneys' fees and/or costs under any basis, including without limitation Fed. R. Civ. P. 11 and 54(d), and 35 U.S.C. § 285.

9.     All issues relating to attorneys' fees and/or costs are reserved pending the outcome of the Parties' remaining disputes, and the deadlines for filing any and all motions seeking attorneys' fees and/or costs shall be set by the Court after the Parties' remaining disputes are resolved.

10.     For the sake of clarity, this Stipulated Partial Judgment of Non-Infringement is not a final judgment pursuant to Fed. R. Civ. P. 54(b) and, if so necessary, is to be merged and/or become part of any final judgment entered in this matter and may be incorporated as an exhibit thereto.

Dated: __October 1, 2013__          _____

UNITED STATES DISTRICT JUDGE

**HANDAL & ASSOCIATES**
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*[PROPOSED] STIPULATED PARTIAL JUDGMENT*      CASE NO.: 3:13-cv-00112-DMS-WVG