## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>e.DIGITAL</u>               v. <u>FUJIFILM</u>              No. <u>13-0112-DMS(WVG)</u>

<u>HON. WILLIAM V. GALLO</u>     <u>CT. DEPUTY J. YAHL</u>    RPTR. <u>_____</u>

A Status Conference shall be held on <u>October 30, 2013</u> at <u>8:30 AM</u>.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

The Status Conference set for October 28, 2013 at 8:30 AM is vacated.

DATED:  October 25, 2013

                                         _____
                                         Hon. William V. Gallo
                                         U.S. Magistrate Judge