Sarah E. Barrows (Bar No. 253278)
barrowss@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Attorney for Defendants
FUJIFILM Corporation; FUJIFILM Holdings Corporation;
FUJIFILM Holdings America Corporation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation et al.<br><br>            Defendants. | Case No. 3:13-cv-00112 DMS-WVG<br><br>**FUJIFILM'S NOTICE JOINING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hearing Date:     December 20, 2013<br>Assigned to:       Hon. Dana M. Sabraw<br>Courtroom:         13A |

TO THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

    Pursuant to this Court's Order Setting Briefing Schedule (ECF No. 74), Notice is hereby given that Defendants FUJIFILM Corporation, FUJIFILM Holdings Corporation, and FUJIFILM Holdings America Corporation (collectively, "FUJIFILM") will and hereby join Defendants' Motion to Stay Proceedings Pending Appeal, filed in Case No. 13-cv-785, *e.Digital Corp. v. Apple Inc.*, ECF No. 53 and associated documents.

DATED:  November 4, 2013        GREENBERG TRAURIG, LLP

By *s/* Kevin O'Shea
Kevin O'Shea (admitted *pro hac vice*)
osheak@gtlaw.com
**GREENBERG TRAURIG LLP**
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Sarah E. Barrows (Bar No. 253278)
barrowss@gtlaw.com
Vera Ranieri (Bar No. 271594)
ranieriv@gtlaw.com
**GREENBERG TRAURIG LLP**
4 Embarcadero Center
Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

James DeCarlo (admitted *pro hac vice*)
decarloj@gtlaw.com
Michael Nicodema (admitted *pro hac vice*)
nicodemam@gtlaw.com
Douglas Weider (admitted *pro hac vice*)
weiderd@gtlaw.com
**GREENBERG TRAURIG LLP**
200 Park Avenue
Florham Park, NJ 07932
Tel: (973) 360-7900

Fax: (973) 301-8410

Attorneys for Defendants
FUJIFILM Corporation; FUJIFILM Holdings Corporation; FUJIFILM Holdings America Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 4, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

By *s/* Kevin O'Shea
Kevin O'Shea